GREGORY A. ROUGEAU (194437)
BRUNETTI ROUGEAU LLP
235 Montgomery Street, Suite 410
San Francisco, CA 94104
Telephone: (415) 992-8940
Facsimile: (415) 992-8915
e-mail: grougeau@brlawsf.com

Counsel for Chapter 7 Debtor
GABRIEL WALYN BRYANT

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

GABRIEL WALYN BRYANT

Debtor.

Case No. 20-30382 DM

Chapter 7

**EX PARTE APPLICATION OF CHAPTER 7 DEBTOR TO EXTEND DEADLINE TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

GABRIEL WALYN BRYANT (the "Debtor"), the debtor herein, respectfully submits this Application for entry of an Order extending the deadline to file his Schedule of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement"). Good cause exists for the relief requested herein.

## SUMMARY OF RELIEF REQUESTED

This Application requests entry of an Order extending the deadline for the Debtor to file his Schedules and Statement to May 26, 2020 (i.e., an additional week from this Application).

## BACKGROUND AND BASIS FOR RELIEF

The Debtor commenced this Chapter 7 case on May 5, 2020 (the "Petition Date").

Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, and pursuant to an Order by the Court (Docket No. 15), the Debtor is required to file his Schedules and Statement by May 19, 2020. Federal Rule of Bankruptcy Procedure 1007(c) further provides that the Court may, for cause shown, extend the time for the filing of such pleadings.

The Debtor and the undersigned counsel are in the process of drafting the Schedules and Statement. The Schedules and Statement are not expected to be complicated, but the Debtor is not presently in possession of certain documents- specifically, automobile installment sale contracts and information as to a closed savings account- necessary for the undersigned counsel to properly complete the initial bankruptcy pleadings, and counsel the Debtor accordingly. While obtaining the documents from his lenders and former financial institution may have been affected by the present novel coronavirus pandemic, the Debtor anticipates obtaining such documents in the next several days. For that reason, the Debtor- and undersigned counsel- require, and respectfully request, a limited extension, to May 26, 2020, to complete the pleadings. The Debtor respectfully submits that the requested extension is appropriate, as the relief requested herein will not interfere with the progress of this case whatsoever.

The Section 341 meeting of creditors is scheduled to occur on June 3, 2020, and the undersigned counsel is compiling documents requested from the Chapter 7 Trustee concerning the Debtor's prepetition financial condition. The Debtor respectfully submits that the relief requested

1
APPLICATION TO EXTEND DEADLINE

herein is not controversial, that such relief will promote the completeness and correctness of the Debtor's initial pleadings, and that the Court should grant this Application.

WHEREFORE, the Debtor moves the Court for entry of an Order:

1. Extending the deadline for Debtor to file his Schedule of Assets and Liabilities and Statement of Financial Affairs for an additional week, or until May 26, 2020; and

2. Granting such further relief as the Court deems appropriate and necessary.

Dated: May 19, 2020                                BRUNETTI ROUGEAU LLP


By:   */s/ Gregory A. Rougeau*
      Gregory A. Rougeau
      Attorneys for Chapter 7 Debtor
      GABRIEL WALYN BRYANT

2
APPLICATION TO EXTEND DEADLINE